UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ALLIED FEDERATION, BROTHERHOOD OF                                                    PLAINTIFF
MAINTENANCE OF WAY EMPLOYEES
DIVISION OF INTERNATIONAL
BROTHERHOOD OF TEAMSTERS

v.                                                                                   CIVIL ACTION NO. 3:21-CV-00013

CSX TRANSPORTATION, INC.                                                             DEFENDANT

## ORDER

Motion having been made and for the reasons set forth in the memorandum opinion entered herein this date and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** that the motion of Defendant for summary judgment (DN 25) is **GRANTED**. All claims against Defendant are **DISMISSED** by the Court for lack of jurisdiction. There being no just reason for delay in its entry, this is a final order.

**IT IS SO ORDERED**.

April 18, 2022

Charles R. Simpson III, Senior Judge
United States District Court